IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 05-00300-02 JMS |
|---|---|---|
| Plaintiff, | ) ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) ) | ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| NATHANIEL RUSSELL (02), | ) ) | |
| Defendant. | ) ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

     Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Count 1 of the First Superseding Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

     IT IS SO ORDERED.

     DATED: Honolulu, Hawaii, February 6, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

GUILTY.ACP