ORIGINAL

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

ROBERT D. RIVERA   5276
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii  96793
Tel. No. 270-7630
Fax. No. 270-7927

Attorney for State of Hawaii

LODGED
FEB 07 2006
1:55pm TT
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 0 8 2006
at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NATHANIEL RUSSELL,<br><br>    Defendant. | CR. NO. 05-00300-02 MJS<br><br>APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A" AND "B"; ORDER |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

ROBERT D. RIVERA, Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, hereby moves this Honorable Court for an order authorizing the temporary transfer of custody of NATHANIEL RUSSELL from the United States Marshal Service, District of Hawaii, to State of Hawaii officials on February 21, 2006.

Defendant RUSSELL is now detained in the custody of the United States Marshal Service, District of Hawaii, pending trial.

Defendant RUSSELL has a sentencing hearing before the Honorable Joel E. August, Judge of the Circuit Court of the

Second Circuit, State of Hawaii, currently scheduled for February 22, 2006, at 8:00 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See Exhibit "A").

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus Ad Prosequendum filed on February 1, 2006, in the Circuit Court of the Second Circuit, State of Hawaii. (See Exhibit "B").

Upon completion of said hearing, Defendant RUSSELL will be returned to the United States Marshal Service, State of Hawaii, within 24 hours after sentencing is completed.

DATED: Wailuku, Hawaii, February 3, 2006.

STATE OF HAWAII

By _____
ROBERT D. RIVERA
Deputy Prosecuting Attorney
County of Maui

ALAN M. ARAKAWA
Mayor



DAVELYNN M. TENGAN
Prosecuting Attorney

BENJAMIN M. ACOB
First Deputy Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY
### COUNTY OF MAUI
### 150 S. HIGH STREET
### WAILUKU, MAUI, HAWAII 96793
### PHONE (808) 270-7777 • FAX (808) 270-7927

January 31, 2006

Michael Kawahara, A.U.S.A.
U.S. Attorney Office
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Ewa Wing, 6th Floor
Honolulu, Hawaii 96813

Re: State of Hawaii v. Nathaniel Russell
Criminal Nos. 04-1-0259(1) & 04-1-0350(1)

Dear Mr. Kawahara:

I have been informed that the above-named individual is currently in the custody of the federal government. The State of Hawaii has a pending case involving the same individual in the Circuit Court of the Second Circuit and would like to obtain your approval to take custody of this person on Tuesday, February 21, 2006, for sentencing which is scheduled on Wednesday, February 22, 2006, at 8:00 a.m. The State of Hawaii will return this individual to the custody of the federal government within 24 hours after the sentencing hearing is completed.

Please sign below if you agree to this request and FAX a copy of this letter to me, Fax No. 270-7927. Our office will then file a writ of habeas corpus ad prosequendum.

Thank you for your cooperation in this matter.

Very truly yours,

ROBERT D. RIVERA
Deputy Prosecuting Attorney

APPROVED:

MICHAEL KAWAHARA
Assistant United States Attorney

EXHIBIT "A"

TOTAL P.01

FILED

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

ROBERT D. RIVERA   5276
Deputy Prosecuting Attorney
County of Maui
Wailuku, Hawaii   96793
Tel. No. 270-7630
Fax. No. 270-7927

2006 FEB -1 PM 4: 02

C. CASIL, CLERK
SECOND JUDICIAL CIRCUIT
STATE OF HAWAII

Attorney for State of Hawaii

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, <br><br> v. <br><br> NATHANIEL RUSSELL, <br> also known as BOBO RUSSELL, <br><br> Defendant. | CR. NO. 04-1-0259(1) <br> CRIMINAL PROPERTY DAMAGE IN THE FIRST DEGREE <br><br> CR. NO. 04-1-0350(1) <br> COUNT ONE: ASSAULT AGAINST A LAW ENFORCEMENT OFFICER IN THE FIRST DEGREE <br> COUNT TWO: RESISTING ARREST <br> COUNT THREE: ABUSE OF FAMILY OR HOUSEHOLD MEMBER <br> COUNT FOUR: ASSAULT IN THE THIRD DEGREE <br> COUNT FIVE: TERRORISTIC THREATENING IN THE SECOND DEGREE <br> COUNT SIX: DISORDERLY CONDUCT <br><br> APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JOEL E. AUGUST, JUDGE OF THE ABOVE-ENTITLED COURT:

EXHIBIT " B "

I hereby certify that this is a full, true and correct copy of the Original

_____
Clerk, Second Judicial Circuit

Comes now the STATE OF HAWAII, by ROBERT D. RIVERA Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and respectfully alleges as follows:

1. That Defendant, NATHANIEL RUSSELL, also known as BOBO RUSSELL, has cases in the Circuit Court of the Second Circuit, Wailuku, Hawaii, Cr. Nos. 04-1-0259(1) and 04-1-0350(1);

2. That sentencing in Cr. Nos. 04-1-0259(1) and 04-1-0350(1) is scheduled for February 22, 2006, at 8:00 a.m., before the Honorable JOEL E. AUGUST;

3. That said Defendant is now incarcerated as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and

4. That in order to procure Defendant's presence in the Circuit Court of the Second Circuit, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his deputy, to make available to State of Hawaii officials on February 21, 2006, the body of NATHANIEL RUSSELL, also known as BOBO RUSSELL, and

STATE OF HAWAII OFFICIALS, upon taking custody of Defendant, to:

1. Bring the said Defendant before the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit, on February 2**2**, 2006, at 8:00 a.m., in Cr. Nos. 04-1-0259(1) and 04-1-0350(1), and thereafter

2. Return the said NATHANIEL RUSSELL, also known as BOBO RUSSELL, to the custody of the UNITED STATES MARSHAL, District of Hawaii, within 24 hours after the sentencing hearing is completed.

DATED: Wailuku, Hawaii, <u>February 1, 2006</u>.

STATE OF HAWAII

By _____
ROBERT D. RIVERA
Deputy Prosecuting Attorney
County of Maui


ORDER DIRECTING ISSUANCE OF
<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus Ad Prosequendum prayed for in the foregoing Application.

DATED: Wailuku, Hawaii, _____FEB - 1 2006_____.


_/s/ Joel E. August (Seal)_
Judge of the above-entitled Court


<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO: UNITED STATES MARSHAL, District of Hawaii, or His Deputy; and STATE OF HAWAII OFFICIALS

-3-

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii or your Deputy, produce the body of NATHANIEL RUSSELL, also known as BOBO RUSSELL, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on February 21, 2006, for sentencing; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. Bring the said Defendant before the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit on February 21, 2006, at 8:00 a.m., in Cr. Nos. 04-1-0259(1) and 04-1-0350(1); and thereafter

2. Return the said NATHANIEL RUSSELL, also known as BOBO RUSSELL, to the custody of the UNITED STATES MARSHAL, District of Hawaii, within 24 hours after the sentencing hearing is completed, at which time this writ shall be deemed dissolved.

WITNESS the Honorable JOEL E. AUGUST, Judge of the Circuit Court of the Second Circuit, at Wailuku, Hawaii, and the seal of said Court this ___1st___ day of February, 2006.

/s/ G. Matsuda (Seal)

Clerk, Circuit Court of the
Second Circuit, State of Hawaii

/s/ Joel E. August (Seal)
Judge of the Circuit Court of
the Second Circuit, State of Hawaii

ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant NATHANIEL RUSSELL to State of Hawaii Officials on February 21, 2006, for sentencing to be held before the Circuit Court of the Second Circuit on February 22, 2006, at 8:00 a.m., and at the conclusion of said proceeding to return said Defendant within 24 hours after the sentencing hearing is completed to the United States Marshal Service, District of Hawaii.

DATED: Honolulu, Hawaii, __FEB 07 2006__.

_____
UNITED STATES MAGISTRATE JUDGE