PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00300 JMS |
| Plaintiff, | ) |
| vs. | ) |
| NATHANIEL RUSSELL, | ) MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL; CERTIFICATE OF SERVICE |
| Defendant. | ) |

MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL

Comes now Nathaniel Russell by and through undersigned counsel and hereby moves this Honorable Court for an order granting him  temporary release to attend funeral.  This motion is based upon 18 U.S.C. §3141 *et seq*., the 8th Amendment to the United States Constitution and the records and files herein and such matters as may be adduced at the hearing on the instant motion.

Facts

Nathaniel Russell is detained at FDC Honolulu pending sentencing for a federal drug charge. He will be sentenced on September 25, 2006.

Semion Maka is Mr. Russell's great uncle. Mr. Maka passed away on July 28, 2006, here on O'ahu. The funeral services will be held on August 11, 2006, at 10:00 a.m. They will be held at the Waianae Army Rest and Recreational Facility which is enclosed by a fence. Mr. Maka and his wife raised Nathaniel Russell and they have a very close relationship. Mr. Russell would very much like to attend the services to pay his last respects to Mr. Maka and his family. Mr. Russell would return to FDC Honolulu that same day. Mr. Russell's mother, Cheryl Russell, will be attending the funeral and she is willing to act as temporary third party custodian for her son during the temporary release period.

Conclusion

Mr. Russell has every reason to return to the facility to face his sentence and would not do anything while on temporary release to jeopardize his case. It would be an act of compassion to allow him to attend this funeral. Wherefore, Mr. Russell respectfully requests that this court grant the instant motion.

DATED: Honolulu, Hawaii, _____, 2006.

_____
PAMELA O'LEARY TOWER

Attorney for NATHANIEL RUSSELL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served Electronically through CM/ECF:

MICHAEL KAWAHARA                  Michael.Kawahara@usdoj.gov
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for the United States

and by HAND DELIVERY to:

U.S. PRETRIAL SERVICES
PJKK Federal Building, Room 7-222
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


DATED:   Honolulu, Hawaii, August 1, 2006.


_____
/s/ PAMELA O'LEARY TOWER
Attorney for NATHANIEL RUSSELL