# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/04/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00300JMS

CASE NAME:     United States of America Vs. (02) Nathaniel Russell

ATTYS FOR PLA:     Michael Kawahara

ATTYS FOR DEFT:     Pamela O'Leary Tower

INTERPRETER:

| | |
|---|---|
| JUDGE: Kevin S. C. Chang | REPORTER: C5-FTRl0:38:51 |
| DATE: 08/04/06 | TIME: l0:38am-10:43am |

COURT ACTION: EP: Defendant (02) Nathaniel Russell's Motion for Release from Custody to Attend Funeral-Defendant Present in Custody.  Oral Argument Held.  This Motion is hereby Denied.

Submitted by Leslie L. Sai, Courtroom Manager