PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300JMS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| NATHANIEL RUSSELL, | ) | DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| Defendant. | ) | |

DEFENDANT'S SENTENCING STATEMENT

Defendant, NATHANIEL RUSSELL, by and through his counsel, PAMELA O'LEARY TOWER, hereby states that he has no objections to the draft presentence report prepared August 4, 2006, by United States Probation Officer Anne Shimokawa.

DATED: Honolulu, Hawaii, August 21, 2006.

_____
/s/PAMELA O'LEARY TOWER
Attorney for NATHANIEL RUSSELL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served Electronically through CM/ECF:

    MICHAEL KAWAHARA        mike.kawahara@usdoj.gov
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813
    Attorney for the United States

By Hand Delivery:

    ANNE SHIMOKAWA        X
    Supervising U.S. Probation Officer
    PJKK Federal Building, Room C-110
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    DATED:    Honolulu, Hawaii, August 21, 2006.

                                    _____
                                    /s/PAMELA O'LEARY TOWER
                                    Attorney for NATHANIEL RUSSELL