PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; CERTIFICATE OF |
| NATHANIEL RUSSELL, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW,  PAMELA O'LEARY TOWER, and hereby moves this

Honorable Court for an order permitting her to withdraw as counsel and appointing

new counsel in her stead.

The grounds for this motion are that Mr. Russell has lost confidence in

counsel's ability to effectively represent him and as a result there has been a

complete breakdown in the attorney-client relationship.  Wherefore, it is

respectfully requested that undersigned counsel be permitted to withdraw and that

new counsel be appointed.

      DATED: Honolulu, Hawaii, September 5, 2006.


                        _____

                        /s/PAMELA O'LEARY TOWER
                        Attorney for NATHANIEL RUSSELL

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was

duly served upon the following at their last known address:

Served Electronically through CM/ECF:

     MICHAEL KAWAHARA         mike.kawahara@usdoj.gov
     Assistant United States Attorney
     PJKK Federal Building, Room 6100
     300 Ala Moana Boulevard
     Honolulu, Hawaii 96813
     Attorney for the United States

By Hand Delivery:

     ANNE SHIMOKAWA                  X
     Supervising U.S. Probation Officer
     PJKK Federal Building,  Room C-110
     300 Ala Moana Blvd.
     Honolulu, Hawaii 96850

By U.S. Mail:                             X

     Nathaniel Russell  #95461-022
     FDC Honolulu
     P.O. Box 30080
     Honolulu, Hawaii 96820-0547

     DATED:     Honolulu, Hawaii, September 5, 2006.

_____
/s/PAMELA O'LEARY TOWER
Attorney for NATHANIEL RUSSELL