# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/6/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00300JMS

CASE NAME:     USA v. (02) Nathaniel Russell

ATTYS FOR PLA:     Michael K. Kawahara

ATTYS FOR DEFT:     (02) Pamela O'Leary Tower

INTERPRETER:

JUDGE:     Barry M. Kurren     REPORTER:     C6F

DATE:     9/6/06     TIME:     11:05 - 11:06

COURT ACTION:  EP: [270] Motion to Withdraw as Attorney as to (02) Nathaniel Russell - deft present in custody.

Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Motion GRANTED.
Court to appoint CJA counsel.
Pamela O'Leary Tower to prepare order.
Deft remanded to custody of U.S. Marshal.

EO: Brandon Flores appointed as new counsel.


Submitted by Richlyn Young, Courtroom Manager