IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATHANIEL RUSSELL, )<br>)<br>Defendant. )<br>_____ ) | CR. NO. 05-00300 JMS<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF COUNSEL |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF COUNSEL

Defendant Nathaniel having moved this Court for an order permitting Pamela O'Leary Tower to withdraw as counsel and to appoint counsel to represent him and

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel be and hereby is granted.  It is further ordered that new counsel be appointed pursuant to 18 U.S.C. §3006A to represent defendant in United States v. Nathaniel Russell, Cr. No. 05-00300 JMS.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 7, 2006