ORIGINAL

BRANDON K. FLORES 6714
Ocean View Center
707 Richards Street, Suite 516
Honolulu, Hawaii 96813
Telephone: (808) 599-4700
Facsimile: (808) 599-4702

Attorney for Defendant
NATHANIEL RUSSELL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00300JMS |
| ) | |
| Plaintiff, ) | MOTION TO WITHDRAW AS |
| ) | COUNSEL; DECLARATION OF |
| vs. ) | COUNSEL; CERTIFICATE OF |
| ) | SERVICE |
| NATHANIEL RUSSELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW BRANDON K. FLORES, Attorney for Defendant NATHANIEL RUSSELL and moves this court for leave to withdraw as counsel for Defendant.

This motion is brought pursuant to Rule 47 of the Federal Rules of Criminal Procedure, and is based upon the Declaration of Counsel attached hereto and incorporated by reference herein.

DATED: Honolulu, Hawaii, November 9, 2006.

BRANDON K. FLORES
Attorney for Defendant
NATHANIEL RUSSELL