IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00300JMS |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| NATHANIEL RUSSELL, | ) |
| Defendant. | ) |

### DECLARATION OF COUNSEL

I, BRANDON K. FLORES hereby declare as follows:

1. That I am counsel for Defendant, NATHANIEL RUSSELL, having been appointed pursuant to the Criminal Justice Act.

2. That I have been informed by Defendant that he is unsatisfied with counsel's ability to represent him and that there are irreconcilable differences in the attorney-client relationship.

3. That he has requested counsel to withdraw so that he may either retain new counsel or have substitute counsel appointed for him.

3

   4. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

   DATED: Honolulu, Hawaii, November 9, 2006.

            _____
            BRANDON K. FLORES
            Attorney for Defendant
            NATHANIEL RUSSELL