## CERTIFICATE OF SERVICE

I, BRANDON K. FLORES hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 9, 2006:

> MICHAEL KAWAHARA
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii  96813
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, November 9, 2006.

_____
BRANDON K. FLORES
Attorney for Defendant
NATHANIEL RUSSELL