ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 2 2006

at 2 o'clock and 15 min P M
SUE BEITIA, CLERK

BRANDON K. FLORES 6714
Ocean View Center
707 Richards Street, Suite 516
Honolulu, Hawaii 96813
Telephone: (808) 599-4700
Facsimile: (808) 599-4702

LODGED

NOV 17 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
NATHANIEL RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00300JMS |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION TO ) WITHDRAW AS COUNSEL |
| vs. | ) |
| NATHANIEL RUSSELL, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Defendant NATHANIEL RUSSELL having moved this court for an order permitting Brandon K. Flores to withdraw as counsel and to appoint counsel to represent him, and

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the

Motion to Withdraw as Counsel be and hereby is granted. It is further ordered that new counsel be appointed pursuant to 18 U.S.C. §3006A to represent Defendant in <u>United States v. Nathaniel Russell</u>, Cr. No. 05-00300 JMS.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, __NOV 21 2006__

KEVIN S.C. CHANG
United States Magistrate Judge