Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number:  523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
NATHANIEL RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) CR. NO. 05-0300JMS-02 |
|---|---|
| Plaintiff, | ) NOTICE OF WITHDRAWAL AND |
| | ) SUBSTITUTION OF COUNSEL; |
| vs. | ) CERTIFICATE OF SERVICE |
| NATHANIEL RUSSELL | ) |
| Defendant. | ) |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW ARTHUR ROSS and enters his withdrawal as counsel for Defendant NATHANIEL RUSSELL in the above-entitled action.

William A. Harrison, Esq. hereby enters as counsel for Defendant NATHANIEL RUSSELL herein.

Dated: Honolulu, Hawaii, January,      2007.

_____
ARTHUR ROSS
Withdrawing Counsel for
Defendant NATHANIEL RUSSELL

Dated: Honolulu, Hawaii, January 16, 2007.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Substitute Counsel for Defendant
NATHANIEL RUSSELL

ACKNOWLEDGED AND AGREED:

_____
NATHANIEL RUSSELL

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

2

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 05-0300JMS-02; **Notice of Withdrawal and Substitution of Counsel**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Withdrawal and Substitution of Counsel was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| MICHAEL K. KAWAHARA, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |

Dated: Honolulu, Hawaii, January 16, 2007.

Law Offices Of:
HARRISON & MATSUOKA

by WILLIAM A. HARRISON
Attorney for Defendant
NATHANIEL RUSSELL