# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-300JMS-02 |
| CASE NAME: | United States of America vs. Nathaniel Russell, aka "Bobo" and "Bo" |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | William Harrison |
| U.S.P.O: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 05/10/2007 | TIME: | 10:05 - 10:15 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel William Harrison.

Sentencing continued to May 22, 2007 at 2:00 p.m.

Submitted by: Dottie Miwa, Courtroom Manager