# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00300JMS-02 |
| | CRIMINAL 05-00300JMS-03 |
| CASE NAME: | United States of America vs. Nathaniel Russell |
| | United States of America vs. Pamela Mahealani Newton |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | William Harrison |
| | Glenn Choy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 05/22/2007 | TIME: | 2:05 - 2:15 |

COURT ACTION:  Status Conference:

Defendants Nathaniel Russell and Pamela Newton's presence waived.

Arguments made.

Mr. Kawahara to file under seal what he believe should be disclosed to Mr. Choy and stamp redacted on the parts that should be redacted.  Both of the above-named cases should be under seal.

Mr. Kawahara has until the close of business tomorrow to file what should be disclosed to Mr. Choy .  Mr. Choy to file any objections by June 5, 2007.

Sentencing for Nathaniel Russell continued to June 28, 2007 at 10:00 a.m.


Submitted by: Dottie Miwa, Courtroom Manager