Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:  523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
NATHANIEL RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | CR. NO. 05-0300JMS -03 |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF MOTION ; MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL |
| vs. | ) ) | EVALUATION AND EXAMINATION OF DEFENDANT NATHANIEL RUSSELL; |
| NATHANIEL RUSSELL, (02) | ) ) | DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) ) ) ) ) | DATE:_____ TIME: _____ JUDGE:HONORABLE J. MICHAEL SEABRIGHT |

NOTICE OF MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EVALUATION AND EXAMINATION OF DEFENDANT NATHANIEL RUSSELL

TO:   MICHAEL KAWAHARA, ESQ.
      Room 6100
      PJKK Federal Building
      300 Ala Moana Boulevard
      P. O. Box 50183
      Honolulu, Hawaii  96850
      (Attorney for Plaintiff
       UNITED STATES OF AMERICA)

PLEASE TAKE NOTICE that on _____, 2007 at _____ \_\_\_\_.m., the following motion will be heard before the Honorable J.MICHAEL SEABRIGHT, in his courtroom in the United States District Court, Hawaii, or soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, June 27, 2007.

Law Offices Of:
HARRISON & MATSUOKA

/s/William A. Harrison
WILLIAM A. HARRISON
Attorneys for Defendant
NATHANIEL RUSSELL

2

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 05-0300JMS -03 |
| ) | |
| Plaintiff, ) | MOTION FOR PSYCHIATRIC AND |
| ) | PSYCHOLOGICAL EVALUATION AND |
| vs. ) | EXAMINATION OF DEFENDANT |
| ) | NATHANIEL RUSSELL |
| NATHANIEL RUSSELL, (02) ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EVALUATION AND EXAMINATION OF DEFENDANT NATHANIEL RUSSELL

Comes now Defendant NATHANIEL RUSSELL, by and through his counsel above named and hereby moves this Honorable Court for an order for psychological and psychiatric evaluation of Defendant.

This motion is brought pursuant to Rules 12(b), and 18 USC § 4241, and the declaration of counsel attached hereto and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, June 27, 2007.

Law Offices Of:
HARRISON & MATSUOKA

                                           /s/ William A. Harrison
                                           WILLIAM A. HARRISON
                                           Attorney for Defendant
                                           NATHANIEL RUSSELL

3

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-0363 SOM |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| NATHANIEL RUSSELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

DECLARATION OF COUNSEL

I, WILLIAM A. HARRISON, hereby declare as follows:

1. That I am counsel for Defendant NATHANIEL RUSSELL, in the above-referenced case;

2. That on June 26, 2007 I visited Defendant at the FDC. At the time of my visit Defendant appeared alternatively agitated and depressed. He informed me that he had not had much sleep for the last few weeks and had been seeing the facility doctor for care of his "depression." He also informed me that he had instructed his doctor to release his medical records to me which documents his mental problems;

3. That while at the FDC I spoke with Natalie Wright, Esq. regarding this matter and she informed me that Mr. Russell had indeed authorized the release of his medical records to me. Further that the records

4

would be forwarded via facsimile to my office the following day (June 27, 2007). On June 27, 2007 I did receive via facsimile Mr. Russell's medical records.;

      4. The records indicate that on June 15, 2007 Mr. Russell was diagnosed as having an Axis Code I: Major Depression, Psychotic Features with Drug Induced Psychosis;

      5. That counsel will provide the court with medical documentation supporting the above facts at the hearing on this matter;

      6. That accordingly in an abundance of caution counsel requests that an 18 USC § 4241 competency examination be performed on Defendant prior to sentencing.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      Dated:  Honolulu, Hawaii, June 27, 2007.

Law Offices Of:
HARRISON & MATSUOKA

                                    /s/ William A. Harrison___
                                    WILLIAM A. HARRISON

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Motion for Psychiatric and Psychological Evaluation And Examination of Defendant Nathaniel Russell was duly served upon the following parties listed below, in the manner described hereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | Via E-Mail |
|---|---|---|
| MICHAEL KAWAHARA, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |

Dated:  Honolulu, Hawaii, June 27, 2007.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
by WILLIAM A. HARRISON
Attorney for Defendant
NATHANIEL RUSSELL

6

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell