Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:  523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
NATHANIEL RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0300JMS -03 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | MOTION FOR PSYCHIATRIC AND |
|  | ) | PSYCHOLOGICAL EVALUATION AND |
| vs. | ) | EXAMINATION OF DEFENDANT |
|  | ) | NATHANIEL RUSSELL; DECLARATION |
| NATHANIEL RUSSELL, (02) | ) | OF COUNSEL; CERTIFICATE OF |
|  | ) | SERVICE |
| Defendant. | ) |  |
|  | ) | DATE:_____ |
|  | ) | TIME: _____ |
|  | ) | JUDGE:HONORABLE J. MICHAEL |
|  | ) | SEABRIGHT |

**MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EVALUATION
AND EXAMINATION OF DEFENDANT NATHANIEL RUSSELL**

Comes now Defendant NATHANIEL RUSSELL, by and through his counsel above named and hereby moves this Honorable Court for an order for psychological and psychiatric evaluation of Defendant.

This motion is brought pursuant to Rules 12(b), and 18 USC § 4241, and the declaration of counsel attached hereto and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, June 27, 2007.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
NATHANIEL RUSSELL