IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0363 SOM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| NATHANIEL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, WILLIAM A. HARRISON, hereby declare as follows:

1. That I am counsel for Defendant NATHANIEL RUSSELL, in the above-referenced case;

2. That on June 26, 2007 I visited Defendant at the FDC. At the time of my visit Defendant appeared alternatively agitated and depressed. He informed me that he had not had much sleep for the last few weeks and had been seeing the facility doctor for care of his "depression." He also informed me that he had instructed his doctor to release his medical records to me which documents his mental problems;

3. That while at the FDC I spoke with Natalie Wright, Esq. regarding this matter and she informed me that Mr. Russell had indeed authorized the release of his medical records to me. Further that the records would be forwarded via facsimile to my office the following day (June 27, 2007). On June 27, 2007 I did receive via facsimile Mr. Russell's medical records.;

4. The records indicate that on June 15, 2007 Mr. Russell was

diagnosed as having an Axis Code I: Major Depression, Psychotic Features with Drug Induced Psychosis;

  5. That counsel will provide the court with medical documentation supporting the above facts at the hearing on this matter;

  6. That accordingly in an abundance of caution counsel requests that an 18 USC § 4241 competency examination be performed on Defendant prior to sentencing.

  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

  Dated: Honolulu, Hawaii, June 28, 2007.

Law Offices Of:
HARRISON & MATSUOKA

        /s/ William A. Harrison
        WILLIAM A. HARRISON

2

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Motion for Psychiatric and Psychological Evaluation And Examination of Defendant Nathaniel Russell was duly served upon the following parties listed below, in the manner described hereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | Via E-Mail |
|---|---|---|
| MICHAEL KAWAHARA, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |

Dated:  Honolulu, Hawaii, June 28, 2007.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
by WILLIAM A. HARRISON
Attorney for Defendant
NATHANIEL RUSSELL

3

UNITED STATES OF AMERICA v. NATHANIEL RUSSELL; CR. NO. 04-0336SOM; Notice of Motion FOR Psychiatric And Psychological Evaluation And Examination Of Defendant Nathaniel Russell