# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00300JMS-02 |
| CASE NAME: | United States of America vs. Nathaniel Russell, aka "Bobo", aka "Bo" |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | William Harrison |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 06/28/2007 | TIME: | 10:00 - 10:10 |

COURT ACTION:  1) Motion for Psychiatric Examination.  2) Sentencing to Count 1 of the Indictment.   3) Governments Motion for Downward Departure:

Defendant present in custody with counsel William Harrison.

Defendant's Motion for Psychiatric Examination GRANTED.

Mr. Kawahara to prepare Order.

Sentencing continued until moved on.

Submitted by:   Dottie Miwa, Courtroom Manager