EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 05-0300JMS-02 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| | ) | RUSSELL'S MOTION FOR |
| vs. | ) | PSYCHIATRIC OR PSYCHOLOGICAL |
| | ) | EXAMINATION PURSUANT TO |
| | ) | 18 U.S.C. § 4241 |
| LEANDRO GOMEZ, III, also (01) | ) | |
| known as "Leo", | ) | |
| NATHANIEL RUSSELL, also (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR., (04) | ) | |
| CYRINAH L. AKEN, also (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN, (06) | ) | |
| REED KALEOOKALANI AKEN, (07) | ) | |
| SENIOR, | ) | |
| ROGER MANU BATES, also (08) | ) | |
| known as "Manu", | ) | |
| TIMOTHY JAMES SULLIVAN, (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also (10) | ) | |
| known as "Glen", | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANT RUSSELL'S
## MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL
## EXAMINATION PURSUANT TO 18 U.S.C. § 4241

Pursuant to defendant Nathaniel Russell's motion therefor filed June 27, 2007, this matter was heard at the sentencing hearing on June 28, 2007 before the Honorable J. Michael Seabright, United States District Judge, and defendant Russell and his counsel having been present, and this Court having considered the statements of counsel,

Good cause appearing therefor, it is hereby ordered that Russell's aforesaid motion is granted.  In accordance therewith, this Court hereby orders as follows:

(1) Further proceedings in this case are hereby stayed pending completion of the examination ordered herein.  The Marshal's Office shall notify the Court and the parties when defendant has been returned back to this District after completion of these examination, such that sentencing may be scheduled in this case.

(2) Pursuant to 18 U.S.C. § 4241, a psychiatric or psychological examination of defendant Russell shall be conducted by a licensed or certified psychiatrist or psychologist, and a psychiatric or psychological report shall be filed with this Court, which shall, in addition to reporting on the matters required by 18 U.S.C. § 4247(c), answer the following question of whether defendant Russell is suffering from a mental disease or

2

defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(3) Defendant shall be committed to the custody of the Attorney General or his authorized representative for the aforesaid psychiatric or psychological examination of defendant Russell.  The Bureau of Prisons shall designate a suitable facility within the United States where this examination shall take place, with said designated facility having a period of up to thirty (30) days within which to complete this examination, said thirty day period to commence from the first day defendant Russell arrives at said facility.

(c) Upon receipt of the report called-for in this Order, this Court will thereafter schedule a hearing to determine defendant's mental competency.

(4) The Probation Office is also directed to provide to the facility that will conduct these examinations a copy of defendant Russell's Presentence Report and other records bearing

//

//

//

//

//

//

3

on defendant's mental health maintained in its files in the
instant case.

DATED:  Honolulu, Hawaii, July 13, 2007.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

APPROVED AS TO FORM:

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for defendant Russell

USA v. Russell, et. al.,Cr. No. 05-0300-02 JMS, ORDER GRANTING DEFENDANT'S
MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18
U.S.C. § 4241.

4